## HUNTER et al. v. McCOY.

(Decided October 7, 1930.)

W. S. Holmes for movant.

E. N. Mayhugh opposed.

PER CURIAM. Judgment for $300 and enforcement of a contract lien.

Appeal denied; judgment affirmed.

## McGEORGE v. COMMONWEALTH.

(Decided October 10, 1930.)

Stephen H. Rice and H. E. Hay for movant.

J. W. Cammack, Attorney General, and Howard Smith Gentry, for the Commonwealth.

PER CURIAM. Judgment of conviction for misdemeanor, imposing a sentence of 6 months in jail.

Appeal denied; judgment affirmed.

## BAILEY v. CLARENCE.

(Decided October 14, 1930.)

Richard B. Crawford and Kendrick R. Lewis for movant.

J. L. Richardson, J. L. Richardson, Jr., and Harold Marquette, opposed.

PER CURIAM. Judgment for $468.25 upon a contract.

Appeal denied; judgment affirmed.